

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

9/18/2015
WHITE, MICHAEL QUINCY
Tr. Ct. No. C-396-010551-1237626-A                    WR-83,918-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
NOT IN TARRANT COUNTY JAIL

MICHAEL QUINCY WHITE
TARRANT COUNTY JAIL - TDC # 0677918
100 N. LAMAR
FORT WORTH, TX 76102

76102